**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-4684**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

BENJAMIN LLOYD PHILLIPS,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CR-97-15-K)

———————

Submitted:  June 30, 1999          Decided:  August 11, 1999

———————

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James R. Fox, JORY & SMITH, Elkins, West Virginia, for Appellant. David E. Godwin, United States Attorney, Sherry L. Muncy, Assistant United States Attorney, Elkins, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin Lloyd Phillips appeals his conviction for possessing an unregistered firearm in violation of 26 U.S.C. § 5861(d) (1994), and for being a convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g) (1994). On appeal, Phillips contests the district court's resolution of two evidentiary issues adverse to him. Phillips contends that the district court erred in admitting evidence of his prior possession of two sawed-off shotguns under Fed. R. Evid. 404(b). Phillips also assigns error to the district court's ruling precluding him from introducing evidence of the investigating officer's discovery of a second sawed-off shotgun while attempting to locate Phillips in a nearby residence. See Fed. R. Evid. 401. Because we find that the district court did not abuse its discretion with respect to either ruling, we conclude that Phillips' appeal is without merit. See United States v. Powers, 59 F.3d 1460, 1464 (4th Cir. 1995); United States v. Morison, 844 F.2d 1057, 1078 (4th Cir. 1988)

Accordingly, we affirm Phillips' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED